AO 243 (Rev. 09/17)

JAN 21 2020 PM2:46
FILED-USDC CT NEW HAVEN

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

3:20CV97(JCH)

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Toney Kelsey | Docket or Case No.: 3.17-CV-36-1 |
| Place of Confinement: FCC Petersburg / Medium | Prisoner No.: 25305-014 |
| UNITED STATES OF AMERICA v. Toney Kelsey | Movant (include name under which convicted) |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    District of Conneticut New Heaven, CT

    (b) Criminal docket or case number (if you know): 3:17-CV-36-1

2. (a) Date of the judgment of conviction (if you know): ~~00000000~~ N/A

    (b) Date of sentencing: 1/10/2019

3. Length of sentence: 15 Years

4. Nature of crime (all counts): Conspiracy to Commit Sex Trafficking of A minor (18 U.S.C 1594) Two Substantive Counts of Sex Trafficking of A minor (18 U.S.C 1591)

5. (a) What was your plea? (Check one)
    (1) Not guilty ✓   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ✓   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ✓

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: United State Court of Appeals for the Second Circuit
   (b) Docket or case number (if you know): 19-138cv
   (c) Result: Pending Oral Arguement
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: (Ground) one - The District Court violated my Right to Due Process when it Revesed its prior finding that I was Incompetent to stand trial without A Hearing And in the face of Conflicting medical opinion. Ground 2 - my Right was violated when the District court Denied my Request to Retain A New Attorney. Ground 3 my Constitutional Right to A Fair trial was violated By, (A) The Exclusion of Relevent Evidence) (B) The Admission of unfairly Prejudicial Evidence) And (C) The Admission of Speculative Evidence. Ground 4 The Sentencing Court Based its Restitution Determination on A Flawed Calculation of the Amount owed.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: U.S. District Court District of Connecticut 450 main st. Hartford, ct 06103
        (2) Docket or case number (if you know): 3:19-CV-02013-JAM
        (3) Date of filing (if you know):

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: Still Pending

    (5) Grounds raised: Same Grounds Raised As this motion

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☑

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket of case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐    No ☐

    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** GA.02 Essential Elements And Facts

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MY Indictment failed to ADD Sufficient facts Regarding the Offenses is Grounded in the fifth And Sixth Amendments to the United States Constitution And MY Indictment lack Signatures Required BY Foreperson of Grand Jury

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

MY Attorney DID Not ADD it to the Berif, I wanted it Added

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☑   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition: Petition for Writ of Habeas Corpus
Name and location of the court where the motion or petition was filed:
U.S. District Court District of Connecticut 450 Main Street Hartford, CT 06103
Docket or case number (if you know): 3:19-CV-02013-Jam
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Sixth Amendment Confortation Clause Right to Be Confronted BY MY Accurser

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

One of MY Accurser Who Worte A Statement Againts Me DiD Not make it to Court to testify Against me And I Couldnt Cross Examine Her Violating my 6th Amendment Right

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

AO 243 (Rev. 09/17)

    (2) If you did not raise this issue in your direct appeal, explain why: **My Attorney DiDn't Put it in Breif I wanted Her to.**

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☒   No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: **Petition for Writ of Habeas Corpus**

    Name and location of the court where the motion or petition was filed: **U.S. District Court District of Connecticut 450 main street Hartford, CT 06103**

    Docket or case number (if you know): **3:19-CV-02013-Jam**

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐   No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐   No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev 09/17)

**GROUND THREE:** 4th Amendment Right to Privacy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

illegal Search And Sezir Without Vaild Warrant

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

  My Attorney DiDnt Put it in my Brif I Ask Her to.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☑   No ☐
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: Petition for Writ of Habeas Corpus
  Name and location of the court where the motion or petition was filed:
  U.S. District Court District of Connecticut 450 main St. Hartford, Ct 06103
  Docket or case number (if you know): 3:19-CV-02013- Jam
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☑
  (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☑
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Oath or Affirmation to testify truthfully Rule 603 must Be A Form designed to Impress that duty on the witness Consquence But the Court DID None

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Transtripts Will Show None of the witnesses Had No oath of Affirmation Before testify

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☒   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

MY Attorney DiD Not Put in for it Even When I Ask

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☒   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

## Ground 5 - Ineffective Counsel

MY Attorney DiD Not Go over Discovery with Me And I Went to trail 2 weeks After I Got MY Court Appointed Attorney And MY Attorney DiDn't let me Pick Juros or DiD Not file Any Pre-trail motion that I Wanted filed like A Surpressing Hearing And He Never Put in None of MY Aurgments in Cross Examining Procution witness And He tolD me on the frist Day of trail that I Was going to Get Smoked meaning I was being to lose trail And meaning times my lawyer thu me under the Bus When I wasn't in Court Saying things like How many Days it was going to Be Before Sentencing And this was Before I went to trail So my Attorney Was Papreing me to lose A Bad Out Come.

Ground 6 - Dinal of MY Six Amendment Right to Counsel.

I told the Judge that I Had Private Councel to take over MY Case After She Appointed me A Court Appointed Attorney without Asking me or Even Bring me to Court to Appoint this new Attorney two weeks Before trial And Even After I told Her I Didn't Want Him And I told the Judge that The Attorney She Gave me told me I Was Going to Get Smoked [meaning Lose trial] the Judge Still Denied me MY 6th Amendment Right to Private Counsel.

Ground 7 - Testify Witness Commit Perjury On the stand

Prosecution Witness Savona Rosa took the stand And Said She lied About Everything She Said And the Judge still took Her testimony into Consideration And Did Not Accurse Her of Commiting Perjury

## Ground 8 - Due Process Clause
### 6th Amendment

The Court Violated MY Due Process when they Decalerd me Incompentent And then Reversed it's Prior finding that I was incompetent to Stand trial Without A Hearing And in the face of Conflicting medical opinion And it took A lot of time Away from my Defense And Retrail Motion.

Ground 9- Unfair trial Bais Judge Ruling Must of my Case in Prosecution favor And let Hearsay And Prosecution witness Who Where unCriDBle in to testify Even When there testimonys was inConsistent And let one witness Commit Prigury Also One Accurser DiD Not Show up Also Violating my Due Prosecs to 6th Amendment Cross Examiner my Accurser. The Judge Also Granted Access for A State trooper And F.B.I Angent to Sit Next to Prosecution table Whieghing Justice into there favor. My Constitutional Rights to A Fair trial Was Violated By (A) The Exclusion of Relevent EviDence, (B) The ADmission of unfairly PJe JuDicia Evidence And (C) The ADmission of Speclative EviDence Also (D) ADmission of illegal OBtain Evidence from A illegal Search And Seized And Unlawful Arrest.

Ground 10- Violation of My Federal Speedy trial Act

Whitch is to Go to trial in 30 to 90 Days But it took them Almost 2 Years to Bring me to trail After I Said I wanted A Speedy trail At My Summant-trist Day At federal Court.

AO 243 (Rev. 09/17)

Type of motion or petition: Petition for Writ of Habeas Corpus

Name and location of the court where the motion or petition was filed: U.S. District Court District of Connecticut 450 main St. Hartford, ct 06103

Docket or case number (if you know): 3:19-CV-02013 - JaM

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Because ~~[struck out]~~ my Appeal was Not denial

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:

    (b) At the arraignment and plea:

    (c) At the trial: Bruce D. Koffsky (Law Frim Koffsky-n-Felsen LLC)

    (d) At sentencing: Bruce D. Koffsky (Law frim Koffsky-n-Felsen LLC)

    (e) On appeal: Phone #F(S0 7)317-1614
    Marsha Taubenhaus 124 North Fifth Street Saint Peter, MN 56082

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☑

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The Reason I waited this long Because I was in my State Jail for months ~~before~~ After Sentencing then when they moved me to Fedral Custody it took more months for me to get to the Jail I was coming to then I Been ~~also~~ trying to Help my Court Appoint Attorney who is over my Appeal ~~on my~~ Derect Appeal that is So when She DID Not want to Bring up issue I wanted to Raised I Decided to Do So on my Own.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

__Vacate Sentence or New trial__
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __1-16-2020__.
(month, date, year)

Executed (signed) on (date) _1-15-2020_

_J. Thomas 1/15/2020_
Signature of Movant

[Notary seal: JENNIFER THOMAS, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA, REG. NO 7228950, EXPIRES 7/31/2022]

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.